IN THE UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AILEEN BAUMGARNDER
individually and as Trustee of The
Aileen J. Baumgardner Living Trust
dated February 15, 2012,

Plaintiffs, CASE NO.: 2:23-cv-298-JLB-KCD

vs.

AMERICAN MODERN PROPERTY
& CASUALTY INSURANCE
COMPANY,

Defendant.
_________________________________/

**JOINT NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, AILEEN BAUMGARDNER individually and as Trustee of The Aileen J. Baumgardner Living Trust dated February 15, 2012 (hereinafter "Plaintiffs") and Defendant, AMERICAN MODERN PROPERTY & CASUALTY INSURANCE COMPANY (hereinafter "Defendant"), by and through their undersigned counsel, and hereby file this Joint Notice of Settlement to advise the Court that the parties to the above-captioned matter have reached a settlement agreement. The parties will file the appropriate dismissal upon confirmation that the terms of the settlement have been performed.

Respectfully submitted this 1st day of August 2023.

AVE MARIA LAW OFFICE PLLC

/s/ Dight L. Walker, Esq.
**DWIGHT L. WALKER, ESQ.**
Florida Bar No.
Ave Maria Law Office PLLC

12585 New Brittany Blvd
Fort Myers, FL 33907
email@avelawfirm.com
Counsel for Plaintiff

BOYD RICHARDS PARKER COLONNELLI

/s/Michael K. McCaffrey
**MICHAEL K. MCCAFFREY, ESQ.**
Florida Bar No.: 0069940
1600 W. Commercial Blvd, Suite 201
Fort Lauderdale, FL 33909
mmccaffrey@boydlawgroup.com
Counsel for Defendant

2